### Angelina Leone, Appellant, v. Clifford H. Spath, Appellee. John Del Giorno, Defendant.

**Gen. No. 46,380.** 

First District, First Division.

December 13, 1954.

Released for publication March 7, 1955.

Joseph Barbera, for appellant; Eckert, Peterson & Lowry, for appellee; A. R. Peterson, Harold W. Huff, and Herbert C. Loth, Jr., of counsel. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**